**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Northern District of California

In re **In & Out Drain Cleaning, Inc.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **First Collection Service** PO Box 989046 West Sacramento, CA 95798 | | | | $5,498.94 |
| **Valley Yellow Pages** Dept 33302 PO Box 39000 San Francisco, CA 94139-3302 | | | | $95,764.00 |
| **Pacific Bell Directory** c/o Tierney Watsn & Healy 595 Market Street, Suite 2360 San Francisco, CA 94102 | | | | $51,986.00 |
| **Seal Rock** PO Box 95045 San Juan Bautista, CA 95045 | | | | $28,500.00 |
| **Western Directories Processing Ctr.** 23332 Mill Creek Drive Laguna HIlls, CA 92653 | | | | $14,500.00 |
| **Law Offices of Thomas M. Viani** c/o Lewis Miller & Company 1731 Howe Avenue #241 Sacramento, CA 95825 | | | | $12,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **In & Out Drain Cleaning, Inc.**, Case No. _____
                      Debtor                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **GMAC** P.O. Box 7852 Phoenix, AZ 85062 | | | | $4,700.00 **SECURED VALUE:** $8,500.00 |
| **GMAC** P.O. Box 78252 Phoenix, AZ 85062 | | | | $4.193.00 **SECURED VALUE:** $8,500.00 |
| **GMAC** PO Box 9001952 Louisville, KY 40290-1962 | | | | $4,092.00 |
| **Standard Plumbing Supply Co.** PO Box 708490 Sandy, UT 84070 | | | | $3,905.00 |
| **PG&E** PO Box 8329 Stockton, CA 95208-8329 | | | | $2,460.00 |
| **IDEARc Media LLC** Attn: ACCT Receivable Dep. PO Box 619009 DFW Airport, TX 75261-9009 | | | | $1,816.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **In & Out Drain Cleaning, Inc.** ,   Case No. _____

   Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Valley Yellow Pages** <br> **1850 North Gateway Blvd.** <br> **Fresno, CA 93727-1600** | | | | **$1,634.00** |
| **SDS** <br> **1350 Bayshore Hwy. 669** <br> **Burlingame, CA 94010** | | | | **$700.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/9/2009**   Signature: _____

   _____
   (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.